# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | |
| ) | No. 3:19-CR-15 |
| DERRICK REDWINE, ) | REEVES/POPLIN |
| ) | |
| *Defendant*. ) | |

## MEMORANDUM AND ORDER

Defendant has moved to continue trial in this case, stating that trial was scheduled for October 31, 2019. [D. 24]. However, the Court previously granted a continuance in this case [D.22] pursuant to a previously filed "Joint Defense Motion to Continue" [D. 21]. In the previous Order granting a continuance [D. 22], trial was rescheduled for **March 17, 2020**. As such, this motion to continue [D. 24] is **DENIED as moot**.

**IT IS SO ORDERED.**

_____
**CHIEF UNITED STATES DISTRICT JUDGE**

1